```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

ALLEN W. MILLIGAN,             )
                               )
     Plaintiff,                )   Civil Action No. 05-61
                               )
     v.                        )   Judge Lancaster
                               )   Magistrate Judge Caiazza
JO ANNE B. BARNHART,           )
Commissioner of Social         )
Security,                      )
                               )
     Defendant.                )

### O R D E R

The above action seeks review of a decision by the Secretary of the Health and Human Services denying plaintiff's social security benefits. The Court's jurisdiction is limited to reviewing the administrative record to determine whether the decision is supported by substantial evidence in the record. Notwithstanding any other rule governing the procedure in civil cases, IT IS ORDERED THAT:

(1) Plaintiff shall serve and file a motion for summary judgment and supporting brief by **September 6, 2005**.

(2) Defendant shall serve and file a cross-motion for summary judgment and supporting brief by **October 6, 2005**.

(3) Plaintiff may serve and file a reply by **October 21, 2005**.

(4) The matter shall be deemed submitted, without hearing, on **October 21, 2005**.

    (5)   No extensions of time will be permitted without order of the Court.

July 21, 2005          <u>s/Francis X. Caiazza</u>
                          Francis X. Caiazza
                          U.S. Magistrate Judge

CC:
Paul Skirtich-AUSA

Amiel B. Caramanna, Jr., Esq.
3400 Grant Building
310 Grant Street
Pittsburgh, PA 15219-2306

```
Amiel B. Caramanna, Jr., Esq.
3400 Grant Building
310 Grant Street
Pittsburgh, PA 15219-2306
```