**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLEN W. MILLIGAN, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No: 05-061 |
| | ) |
| v. | ) JUDGE GARY L. LANCASTER |
| | ) |
| JO ANNE B. BARNHART, | ) MAGISTRATE JUDGE CAIAZZA |
| Commissioner of Social | ) |
| Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM ORDER**

On February 1, 2005, this case was referred to United States
Magistrate Judge Francis X. Caiazza for pretrial proceedings in
accordance with the Magistrates Act, 28 U.S.C. §§ 636 (b)(1)(A)
and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for
Magistrates.

On March 7, 2006, the magistrate judge issued a Report and
Recommendation (Doc. 14) recommending that the District Court
grant the Defendant Commissioner's Motion for Summary Judgment
(Doc. 12) and deny the Motion for Summary Judgment (Doc. 10)
filed by Plaintiff Milligan. Service of the Report and
Recommendation was made on all parties. No objections were filed.

After a de novo review of the pleadings and documents in
the case, together with the Report and Recommendation, the
following Order is entered:

AND NOW, this _____day of March, 2006, IT IS HEREBY
ORDERED that the Defendant's Motion for Summary Judgment is
granted, and the Motion for Summary Judgment filed by the
Plaintiff is denied.

The Report and Recommendation of Magistrate Judge Caiazza
dated March 7, 2006 is hereby adopted as the opinion of the
court.

Judge Gary L. Lancaster
United States District Judge

$3/27/06$

cc:

Francis X. Caiazza
U.S. Magistrate Judge

Paul Skirtich, Esq.
Office of the U.S. Attorney
for the Western District of PA
700 Grant Street, Suite 400
Pittsburgh, PA 15219

John G. Burt, Esq.
Suite 810 Arrott Bldg.
401 Wood Street
Pittsburgh, PA 15222