IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALLEN W. MILLIGAN, )
    Plaintiff, )
     )
    v. ) Civil Action No. 05-0061
     )
JO ANNE B. BARNHART, )
Commissioner of Social )
Security, )
    Defendant. )

## JUDGMENT ORDER

AND NOW, this 27th day of March, 2006, IT IS HEREBY ORDERED that judgment is entered in favor of defendant, Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff, Allen W. Milligan.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record